IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 AUG 31 PM 5:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

      Plaintiff,

v.

                                                           CR. NO. 03-20468-01-Ma

TERRY GARNER,

      Defendant.

## ORDER TO SURRENDER

The defendant, Terry Garner, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **United States Prison (Satellite Camp), P.O. Box 1000, 1000 Airbase Road, Pollock, Louisiana 71467**, no later than **2:00 p.m.** on **Friday, September 23, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that defendant will report as ordered to the facility named above.

**ENTERED** this the 31st day of August, 2005.

                                              /s/ Samuel H. Mays, Jr.
                                              SAMUEL H. MAYS, JR.
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-6-05

94

(03-20468-Ma)

## ACKNOWLEDGMENT

I agree to report as directed above and understand that if I fail to report, I may be cited for contempt of Court and if convicted, may be punished by imprisonment, fine or both.

Signed and acknowledged before me on _____

_____  _____
**Clerk/Deputy Clerk**            **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:03-CR-20468 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT